IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANTHONY LENNEN, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>MARRIOTT OWNERSHIP RESORTS, INC., et al.,<br><br>          Defendants. | CASE NO.: 6:16-cv-00855-CEM-TBS<br><br>DECLARATION OF<br>JEFFREY M. NORTON |

    I, Jeffrey M. Norton, declare the following to be true under penalty of perjury, pursuant to 28 U.S.C. § 1746:

    1.    I am a member of the firm Newman Ferrara LLP, counsel of the record for Plaintiffs Anthony and Beth Lennen, I submit this declaration in support of Plaintiffs' Notice of Objection and Motion to Strike defendant Orange County, Florida's ("Orange County") Notice of Joinder and Motion to Dismiss or to Deny Orange County's Motion to Dismiss as Untimely and Improper.

    2.    Orange County waived service of the Complaint on June 8, 2016 (Dkt# 22), and by Court order (Dkt# 29) had until August 15, 2016, to answer or otherwise respond to the Complaint.

    3.    Orange County did not answer or move to dismiss by August 15, 2016, however, on August 26, 2016, Orange County filed a purported Notice of Joinder (Dkt# 59) to the Motion to Dismiss filed by the Orange County Comptroller (Dkt# 50).

    4.    The same day, I emailed William Lawton, counsel for Orange County, voicing Plaintiffs' objection to the untimely Notice of Joinder, requesting that the same be withdrawn,

and notice of Plaintiffs intention to move to strike filing if not withdrawn. See **EXHIBIT A**, annexed hereto.

5.   On August 29, 2016, Orange County then filed a purported Motion to Dismiss Count VI of Plaintiffs' Complaint. (Dkt# 60)

6.   The same day, I again emailed Mr. Lawton objecting to the filing and indicating that Plaintiffs intended to move to strike the same if not withdrawn. See **EXHIBIT B**, annexed hereto.

7.   Orange County ignored both of Plaintiffs' requests to withdraw the untimely flings prompting the filing of this motion.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   August 31, 2016
         New York, New York

_____
JEFFREY M. NORTON

2