### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY LENNEN and BETH LENNEN,
Individually and on behalf of all others
similarly situated,

                    Plaintiffs,

     v.

MARRIOTT OWNERSHIP RESORTS, INC.,
MARRIOTT RESORTS HOSPITALITY
CORPORATION, MARRIOTT RESORTS,
TRAVEL COMPANY, INC. (d/b/a MVC
EXCHANGE COMPANY), MVC TRUST
OWNERS ASSOCIATION, INC., MARRIOTT
RESORTS TITLE COMPANY, INC., FIRST
AMERICAN FINANCIAL CORPORATION,
FIRST AMERICAN TRUST, FSB, FIRST
AMERICAN TITLE INSURANCE
COMPANY, and ORANGE COUNTY
FLORIDA,

                    Defendants.

CASE NO.: 6:16-cv-00855-CEM-TBS

**DECLARATION OF
JEFFREY M. NORTON
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL
SUMMARY JUDGMENT**

I, Jeffrey M. Norton, declare the following to be true under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am a member of the firm Newman Ferrara LLP, counsel of record for Plaintiffs Anthony and Beth Lennen. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment (the "Motion").

2.    In support of Plaintiffs' Motion, annexed hereto are true and correct copies of the following documents:

    (a) **Exhibit A:**    MVC Trust Agreement;

    (b) **Exhibit B:**    Sample Notice of Addition ("NOA");

- 2 -

(c) **Exhibit C:**    Sample Notice of Use Rights ("NOU");

(d) **Exhibit D:**    Plaintiffs' MVC Trust Consumer Deed;

(e) **Exhibit E:**    Trust Memorandum;

(f) **Exhibit F:**    MVC Trust Public Offering Statement; and

(g) **Exhibit G:**    Plaintiffs' MVC Trust Purchase Agreement.


I declare under penalty of perjury that the foregoing is true and correct.


DATED:        November 7, 2017
              New York, New York


                              *s/ Jeffrey M. Norton*
                              JEFFREY M. NORTON