# EXHIBIT F



# MARRIOTT VACATION CLUB DESTINATIONS™

# MULTISITE PUBLIC OFFERING STATEMENT

# MVC EXCHANGE COMPANY DISCLOSURE GUIDE

# INTERVAL INTERNATIONAL BUYERS GUIDE

**MARCH  2013**

# MARRIOTT VACATION CLUB DESTINATIONS

| ITEM | DOCUMENT |
|------|----------|
| I | MULTISITE PUBLIC OFFERING STATEMENT |
| II | MVC EXCHANGE COMPANY DISCLOSURE GUIDE FOR MARRIOTT VACATION CLUB DESTINATIONS EXCHANGE PROGRAM WITH EXHIBITS |
| III | INTERVAL INTERNATIONAL BUYERS GUIDE |

MARRIOTT VACATION CLUB DESTINATIONS


This public offering statement contains important matters to be considered in acquiring an interest in a vacation club. The statements contained herein are only summary in nature. A prospective purchaser should refer to all references, accompanying exhibits, contract documents, and sales materials. The prospective purchaser should not rely upon oral representations as being correct and should refer to this document and accompanying exhibits for correct representations.

494846-8
(10.14.11)

4

**TABLE OF CONTENTS TO
MULTISITE PUBLIC OFFERING STATEMENT**
<u>TEXT AND EXHIBITS</u>

<u>TAB#</u>          <u>SECTION</u>

                   Multisite Public Offering Statement Text

1                  Timeshare Instruments

1.a.                       MVC Trust Agreement, as amended

                                   Exhibit "A": Articles of Incorporation of MVC Trust Owners Association, Inc.

                                   Exhibit "B":  Bylaws of MVC Trust Owners Association, Inc., as amended

1.b.                       Memorandum of Trust Agreement

2                  Reservation Procedures for Marriott Vacation Club Destinations

3                  Estimated Association Common Expense Budget

4                  Receipt for Timeshare Documents

5                  Description of Exhibits Not Delivered

6                  Rules and Regulations for MVC Trust Owners Association, Inc.

7                  Tabular Description of Component Sites

494846-8
(10.14.11)

## INDEX TO MULTISITE PUBLIC OFFERING STATEMENT TEXT

| | | | Page |
|---|---|---|---|
| I. | | STATEMENT DEFINITIONS AND ABBREVIATIONS | 1 |
| II. | | REQUIRED DISCLOSURES | 8 |
| II.A. | | DEVELOPER DISCLOSURES | 10 |
| III. | | MULTISITE PUBLIC OFFERING STATEMENT TEXT | 13 |
| | 1. | Description of the Multisite Timeshare Plan. | 13 |
| | | a. Term of the Multisite Timeshare Plan. | 13 |
| | | b. Term of the Component Site Plans. | 13 |
| | | c. Legal Structure of the Multisite Timeshare Plan. | 13 |
| | | d. Form of Ownership of Interests. | 14 |
| | 2. | Description of Structure, Ownership and Responsibility for Operation of the Trust Reservation System. | 14 |
| | 3. | Description of Operation of the Trust Reservation System. | 14 |
| | | a. Demand Balancing. | 14 |
| | | b. Rules and Regulations Governing the Operation of the Trust Reservation System. | 15 |
| | | c. Points. | 15 |
| | 4. | Priority Reservation Features. | 17 |
| | | a. Reservation Window. | 17 |
| | | b. Priority 1 Period. | 18 |
| | | c. Priority 2 Period. | 18 |
| | | d. Priority 3 Period. | 19 |
| | | e. Open Reservation Period. | 19 |
| | | f. Exchange Program Opportunities. | 20 |
| | | g. Additional Reservation Restrictions. | 21 |
| | 5. | Summary of Material Rules and Regulations, Other than the Rules and Regulations Affecting each Component Site. | 21 |
| | 6. | Additions, Substitutions and Deletions. | 22 |
| | | a. Additions. | 22 |
| | 7. | Substitutions. | 23 |
| | 8. | Deletions. | 23 |
| | 9. | Description of Developer and Managing Entity of the Trust Plan. | 24 |
| | | a. Developer. | 24 |
| | | b. Managing Entity. | 25 |
| | 10. | Description of Beneficiary's Liability for Common Expenses of the Multisite Timeshare Plan. | 25 |
| | | a. Description of Allocation and Assessment of Common Expenses of the Multisite Timeshare Plan. | 25 |
| | | b. Description of any Limits Imposed Upon the Level of Common Expenses of the Multisite Timeshare Plan Payable by Beneficiaries. | 25 |
| | | c. Description of the Entity Responsible for Determination of and/or the Increase of the Common Expenses of the Multisite Timeshare Plan. | 25 |
| | | d. Description of the Method Used for Collection of the Common Expenses of the Multisite Timeshare Plan. | 26 |
| | | e. Description of the Developer Guarantee of the Level of Assessments. | 27 |
| | | f. Additional Financial Disclosures for Each Component Site. | 27 |
| | 11. | Restrictions Upon the Sale, Transfer, Conveyance or Lease of an Interest in a Multisite Timeshare Plan. | 27 |
| | 12. | Basis for Purchase of an Interest in a Multisite Timeshare Plan. | 30 |
| | 13. | Exchange Program. | 30 |
| | 14. | Description of Each Component Site. | 30 |
| | 15. | Unusual or Material Circumstances. | 30 |

## I.    STATEMENT DEFINITIONS AND ABBREVIATIONS

All terms contained in this Multisite Public Offering Statement will have the meanings ascribed to them by the law in the jurisdiction containing a particular Component.  The following definitions will prevail to the extent that they are not in conflict with these statutory definitions:

Accommodation means an accommodation, condominium unit, apartment, co-operative unit, single family home, efficiency cabana, cottage, attached or free standing townhome or villa, fee interest, leasehold interest, unit located in a multi-unit building, and that portion of the Component(s) or other similar real property interests that is subject to exclusive ownership or use by one or more persons.

Advance Priority Reservation means a confirmed reservation made during the Priority 1 Period by a Standard Member who was granted the right to make such Advance Priority Reservation by Association Delegee in exchange for the number of Points for Use required for an Advance Priority Reservation as established by Association Delegee from time to time.

Affiliation Agreement means a contract between an Exchange Company, Association, Developer, and Trust Manager, as it is amended from time to time, pursuant to which the Trust Properties are included in an Exchange Program, and Beneficiaries are entitled to certain benefits and services of the Exchange Program.

Annual Dues means the amount assessed against a Beneficiary for the Beneficiary's share of the Common Expenses pursuant to the Trust Agreement.

Approved Broker has the meaning set forth in the Reservation Procedures.

Articles means the Articles of Incorporation of the Association as amended from time to time.

Assessments means the Annual Dues and any other amounts, whether characterized as maintenance fees, fines, charges, fees, taxes, assessments, special assessments, or otherwise, levied against a Beneficiary by the Association pursuant to the terms and conditions of the Trust Plan Documents, and more specifically described in the Association's Bylaws.

Association means MVC Trust Owners Association, Inc., a Florida corporation not-for-profit, formed by the Developer for the purpose of maintaining and operating the Trust Plan and Trust Property, which Association will be comprised of all Beneficiaries of the Trust, from time to time, with such powers as are set forth in the Trust Agreement, the Articles, and the Bylaws.

Association Delegee means Program Manager for so long as an Affiliation Agreement with Program Manager is in effect, and thereafter shall mean the Trust Manager.

Association Property means all real and personal property owned or leased by the Association from time to time for the use and benefit of Beneficiaries.

Base Interest means six (6) Interests; provided, however, in the case of a Legacy Owner, a Base Interest shall mean two (2) Interests.

Beneficiaries means the owners of Interests, including Developer.  The term "Trust Member" is used in the Reservation Procedures and certain Exchange Company Documents in place of the term "Beneficiary".

Board means the board of directors of the Association.

494846-8
(10.14.11)

Bylaws means the Bylaws of the Association, as amended from time to time.

Call-in Calendar means the schedule promulgated from time to time by Association Delegee that establishes the days during any given month that a Beneficiary may first determine the availability of any Use Period as further described in the Reservation Procedures.

Chapter 721 means the provisions of Chapter 721, *Florida Statutes*, as the same is constituted on the Effective Date of the Trust Agreement except to the extent that the applicability of future amendments to Chapter 721 is mandatory or unless otherwise stated in the Trust Agreement.

Common Expenses means all expenses properly incurred in the ownership, maintenance, management, operation, repair, and replacement of the Trust Property (exclusive of Restricted Use Property Expenses), and, the Association Property, in the operation of the Trust Plan, and by the Association in the performance of its duties, including Exchange Company Dues and any other fees, expenses, or claims payable by the Association from time to time, and such other expenses defined in the Trust Agreement to be Common Expenses. Common Expenses include any assessments due under any Component Declarations to which any of the Trust Property may also be subject.

Component means those Accommodations located in a specific geographic location under common management, which constitute in whole or in part, any portion of the Trust Property, and related amenities and recreational facilities. The Association Delegee retains the right to determine what constitutes a Component in the Association Delegee's sole discretion from time to time.

Component Association means any owners' association or similar organization governing the use, operation, repair, replacement, or maintenance of a portion of the Trust Property, but excluding the Association.

Component Declaration means any condominium declarations, community governing instruments, declaration of covenants, or such other documents which might now or in the future encumber and govern any portion of a Component. Component Declaration also includes all the exhibits to encumbering documents and all documents governing the Component Association for such Component, as such may be amended from time to time.

Component Ownership Interests means timeshare estates or other timeshare or fractional interests created in the Components pursuant to and as further described in the Components' governing documents.

Developer means Marriott Ownership Resorts, Inc., a Delaware corporation, the settlor of the Trust. No party other than Developer or Developer's affiliates, successors, or assigns shall exercise the rights and privileges reserved in the Trust Agreement to Developer unless such party receives and records in the Public Records of Orange County, Florida a written assignment from Developer of all or a portion of such rights and privileges.

Distribution means the total number of Points assigned to a Beneficiary each Use Year, based on the number of Interests owned by the Beneficiary, excluding the receipt of Single Use Points.

Division means the Division of Florida Condominiums, Timeshares, and Mobile Homes of the Florida Department of Business and Professional Regulation.

Exchange Benefits means special products, services, benefits, and vacation/recreational experiences offered by an Exchange Company, including, without limitation, the ability to reserve hotel accommodations, cruises, other travel services, and to receive Single Use Points. The ability to utilize an

2

494846-8
(10.14.11)

Exchange Benefit may not be available to all Beneficiaries. If Exchange Benefits are available and a Beneficiary is eligible to purchase or utilize any Exchange Benefits, separate terms and conditions shall apply to the purchase and use of such Exchange Benefits.

Exchange Company means either an External Exchange Company or Program Manager.

Exchange Company Documents means the Affiliation Agreement, exchange reservation procedures, disclosure guide, and any other instruments governing the use and operation of an Exchange Program which are promulgated, executed and/or amended by an Exchange Company from time to time.

Exchange Company Dues means the charges assessed by an Exchange Company in connection with the operation of an Exchange Program that are assessable to the Association each calendar year. The Exchange Company Dues shall be determined in accordance with the Affiliation Agreement for such Exchange Program, and may be different amounts for each timeshare plan that is affiliated with such Exchange Program.

Exchange Program means either an External Exchange Program or any exchange program offered by Program Manager.

External Exchange Company means any company that provides services to Program Manager or the Beneficiaries under an External Exchange Program.

External Exchange Program means the contractual arrangement between the Association or Program Manager and an External Exchange Company or Companies pursuant to which a Beneficiary may reserve, under certain conditions, the use of accommodations in resorts other than those which are part of the Trust Property.

Family Member means a Beneficiary's spouse (if the spouse does not jointly own an Interest with the Beneficiary), and the Beneficiary's and Beneficiary's spouse's parents, children, and grandchildren.

Guest means a person who, as an invited guest of a Beneficiary, stays in an Accommodation at a Component, and is not a Family Member of the Beneficiary. Exchange Benefits (other than the ability to occupy an Accommodation through an exchange) and the ability to reserve Accommodations are not available for Guests' reservations if unaccompanied by a Beneficiary or the Beneficiary's Family Member.

Interest means a beneficial interest in the Trust created pursuant to the Trust Agreement, Section 689.071, *Florida Statutes* (2010), and Chapter 721. Each Interest entitles the owner of such Interest to reserve, use, and occupy the Trust Property in accordance with the Trust Plan Documents. Each Interest shall constitute a "timeshare estate" as that term is defined by Section 721.05, *Florida Statutes*.

Legacy Owner means a Beneficiary who is the owner of a week-based timeshare interest in a resort developed, sold, or offered by Developer or its affiliates where: (i) such week-based timeshare interest was acquired prior to the purchase of the Beneficiary's first Interest, (ii) such week-based interest has been enrolled by the Beneficiary in the Exchange Program offered by Program Manager, and (iii) the Beneficiary owns a Base Interest.

Market means a specific geographic region, Component, or group of Components as designated by Association Delegee.

Mortgagee means Developer, Developer's shareholders, and Developer's or Developer's shareholders' affiliates (and any successors in interest to Developer, Developer's shareholders, and Developer's or Developer's shareholders' affiliates as to a purchase money mortgage), any trust, savings and loan

3

494846-8
(10.14.11)

association, credit union, mortgage company, bank, insurance company, commercial loan company, or other institutional lender, to the extent that any of the same hold a first mortgage encumbering an Interest.

Notice of Addition of Property means a notice recorded by Developer in Orange County, Florida providing notice that certain Submission Property has been deeded to the Trustee and constitutes Trust Property. Such property shall not be subject to the Trust Plan and will be deemed Restricted Use Property until a delivery of a Notice of Use Rights. The Notice of Addition of Property shall particularly describe the Trust Property being submitted to the Trust, the effective date of such submission, and the number of Points and Beneficial Interests that will be created by the submission of the property to the Trust.

Notice of Submission of Trust Property means a notice delivered by Developer to the Association and Trustee with respect to Trust Property, upon the effective date of which a Trust Property shall be subject to the Trust Plan, but shall remain a Restricted Use Property until delivery of a Notice of Use Rights by Developer for such Trust Property. The Notice of Submission to Trust Property shall particularly describe the Trust Property being submitted to the Trust Plan and the effective date of such submission.

Notice of Use Rights means a notice delivered by Developer to the Association and Trustee, upon the effective date of which Developer and Beneficiaries other than Developer shall be entitled to reserve the use and occupancy of the Trust Property particularly described in such notice.

Open Reservation Period means the period beginning sixty (60) days before the first day of a given unreserved Use Period.

Open Reservation Time means that period or periods of time when Beneficiaries or Guests of Association Delegee, can use Accommodations on a space available, first-come, first served subject to availability basis as described in the Reservation Procedures.

Point Schedule means the annual schedule(s) promulgated by the Association Delegee which identifies the pertinent information for the Trust Reservation System in a given year including setting forth the number of Points for Use required to reserve Use Periods, all as amended by the Association Delegee from time to time. If Single Use Points are used to make a reservation, additional fees may be required to complete the reservation in order to offset any applicable taxes.

Points means the symbolic unit of use comparison initially assigned to a Beneficiary's Interest which signifies the use rights in the Trust Property that are appurtenant to a Beneficiary's Interest. Points may also be referred to in certain promotional materials as "Marriott Vacation Club Points," "Vacation Club Points," or "MVC Points."

Points for Sale means the number of Points that Developer ascribes to each particular portion of the Submission Property upon conveyance of such Submission Property to the Trustee. The total Points for Sale in the Trust at any given time will never exceed the total Points for Use at such time.

Points for Use means the number of Points that are required to reserve a particular Accommodation at a particular time in accordance with the Reservation Procedures. The total Points for Sale in the Trust at any given time will never exceed the total Points for Use at such time.

Premier Member means a Beneficiary who has achieved a "Premier" level of membership by meeting the qualifications for such level of membership as established by Association Delegee from time to time.

4

494846-8
(10.14.11)

<u>Premier Plus Member</u> means a Beneficiary who has achieved a "Premier Plus" level of membership by meeting the qualifications for such level of membership as established by Association Delegee from time to time.

<u>Premier Reservation</u> means a confirmed reservation made during the Priority 1 Period by a Premier Member or Premier Plus Member.

<u>Priority 1 Period</u> means the period beginning three hundred and ninety-five (395) days (+/- 6 days based on the applicable Call-In Calendar) before the first day of a given unreserved Use Period and ending twenty-eight (28) days (4 weeks) later.

<u>Priority 2 Period</u> means the period beginning three hundred and sixty-five (365) days (+/- 6 days based on the applicable Call-In Calendar) before the first day of a given unreserved Use Period and ending fifty-six (56) days (8 weeks) later.

<u>Priority 2 Reservation</u> means a confirmed reservation made during the Priority 2 Period.

<u>Priority 3 Period</u> means the period beginning three hundred (300) days (+/- 6 days based on the applicable Call-In Calendar) before the first day of a given unreserved Use Period and ending sixty-one (61) days before the first day of a given unreserved Use Period.

<u>Priority 3 Reservation</u> means a confirmed reservation made during the Priority 3 Period.

<u>Program Manager</u> means an exchange company operated by Developer or an affiliate of Developer that offers exchange and reservation services and related vacation and travel benefits to Beneficiaries and other members pursuant to an Affiliation Agreement. Developer reserves the right, but not the obligation, to establish Program Manager.

<u>Registry</u> means the registry of the Beneficiaries maintained by the Trustee in accordance with Section 7.2(e) of the Trust Agreement.

<u>Reservation Procedures</u> means the rules and regulations governing the reservation and use of the Trust Property by Beneficiaries as adopted by the Developer and Board and as amended by the Association Delegee from time to time.

<u>Reservation Window</u> means the method and timing whereby the use of each Use Period is available for reservation for a given Use Year. The Reservation Windows consist of the Priority 1 Period, Priority 2 Period, Priority 3 Period, and Open Reservation Period.

<u>Restricted Use Property</u> means Trust Property that has not been made available for use and occupancy by Beneficiaries other than Developer pursuant to a Notice of Use Rights. Developer shall be solely responsible for any Restricted Use Property Expenses and Developer shall retain all rights to the use, occupancy, enjoyment, and rental of each Restricted Use Property until the effective date of the Notice of Use Rights that has been delivered to the Association and Trustee by Developer with respect to such Restricted Use Property.

<u>Restricted Use Property Expenses</u> means all expenses properly incurred in the ownership, operation, maintenance, repair, or replacement of the Restricted Use Property, all costs of carrying out the powers and duties of the Association with respect to the Restricted Use Property, all applicable insurance premiums and expenses relating thereto, including fire insurance and extended coverage, any reserves for capital expenditures and deferred maintenance unless waived, and any other expenses designated as Restricted Use Property Expenses from time to time by the Board or under the provisions of the Trust

494846-8
(10.14.11)

Agreement. Restricted Use Property Expenses include any fees, expenses, or claims that are payable by the Association or Developer to the Trustee with respect to Restricted Use Property, and any assessments due under any Component Declarations with respect to Restricted Use Property and such other expenses defined in the Trust Agreement to be Restricted Use Property Expenses. Restricted Use Property Expenses shall only be assessed against Developer and shall only be assessed against particular Restricted Use Property until such time as a Notice of Use Rights with respect to such Restricted Use Property is effective and has been delivered to the Association and Trustee.

Rules and Regulations means the Rules and Regulations for MVC Trust as established and amended from time to time by the Board in the manner provided in the Bylaws.

Single Use Points means the Points within the control of, and made available by Program Manager or Developer (or their designees) from time to time which, for a fee charged by Program Manager or Developer (or their designees) to a Beneficiary or Family Member, permit the Beneficiary or Family Member to use an Accommodation or Use Period that would otherwise require Points in excess of the Beneficiary's Distribution. The ability to utilize Single Use Points for reservations may not be available for all Accommodations. If Single Use Points are used to make a reservation, additional fees may be required to complete the reservation in order to offset any applicable taxes.

Standard Member means a Beneficiary other than a Premier Member or Premier Plus Member.

Submission Property means the Accommodations, Component Ownership Interests, leaseholds, beneficial interests in other trusts, property interests, or other real property that may be submitted to the Trust in accordance with the Trust Agreement..

Trust means the MVC Trust established pursuant to the Trust Agreement.

Trust Agreement means the MVC Trust Agreement, together with all of the exhibits, schedules, and annexes thereto, as amended and supplemented from time to time.

Trust Manager means the person or entity engaged by the Association, with responsibility for the management and operation of the Trust, Trust Plan, and Trust Property.

Trust Plan means Marriott Vacation Club Destinations, the vacation ownership plan established by Developer pursuant to the Trust Agreement and in accordance with Chapter 721.

Trust Plan Documents means the documents creating or governing the Trust Plan including the operation of the use plan in the Trust Property. Trust Plan Documents include the Trust Agreement, the Articles, the Bylaws, the Reservation Procedures, and the Rules and Regulations.

Trust Property means the Submission Property that has been submitted to the Trust in accordance with the Trust Agreement.

Trust Reservation System means the method, arrangement, or procedure by which Beneficiaries are required to compete among themselves in order to reserve the use of any Accommodations pursuant to the Trust Plan Documents. The Trust Reservation System includes any software, hardware, or related equipment or technology owned, licensed, or leased by the Trust Manager or an Exchange Company.

Trustee means First American Trust, FSB, its successors and assigns, and any substitute trustee and its successors and assigns.

494846-8
(10.14.11)

<u>Use Period</u> means the time period(s) of a day or consecutive days during which each Beneficiary is afforded the opportunity to reserve and use an Accommodation in accordance with the Trust Agreement, the Reservation Procedures, and the other Trust Plan Documents.

<u>Use Year</u> means the annual period of time beginning on the first day of the month as set forth in a Beneficiary's deed.  The Points allocated to a Beneficiary for a particular Use Year are eligible for use during that Use Year, subject to the permitted banking or borrowing of such Points, in accordance with the Reservation Procedures.

7

II.    REQUIRED DISCLOSURES

**This public offering statement contains important matters to be considered in acquiring an interest in a vacation club.  The statements contained herein are only summary in nature.   A prospective purchaser should refer to all references, accompanying exhibits, contract documents, and sales materials.   The prospective purchaser should not rely upon oral representations as being correct and should refer to this document and accompanying exhibits for correct representations.**  [See cover page]

**The Association Delegee shall have the right to forecast anticipated reservation and use of the Accommodations of the Trust Plan and is authorized to reasonably demand balance and reserve or deposit the Accommodations for the purpose of facilitating the use or future use of the Accommodations or other benefits made available through the Trust Plan or to the Beneficiaries.** [See section 3.a. of this Multisite Public Offering Statement]

**Accommodations and facilities may be added to this vacation club without the consent of the Beneficiaries.  The addition of Accommodations and facilities to the plan may result in the addition of new purchasers who will compete with existing purchasers in making reservations for the use of available Accommodations and facilities within the plan, and may also result in an increase in the annual assessment against purchasers for common expenses.**  [See section 6.a. of this Multisite Public Offering Statement]

**The managing entity has a lien against each timeshare interest to secure the payment of assessments, ad valorem assessments, tax assessments, and special assessments. Your failure to make any required payments may result in the judicial or trustee foreclosure of an assessment lien and the loss of your timeshare interest.  If the managing entity initiates a trustee foreclosure procedure, you shall have the option to object to the use of the trustee foreclosure procedure and the managing entity may only proceed by filing a judicial foreclosure action.**  [See section 10.d. of this Multisite Public Offering Statement]

**The sale, lease, or transfer of interests in this multisite timeshare plan is restricted or controlled.**  [See section 11 of this Multisite Public Offering Statement]

**The purchase of an interest in a vacation club should be based upon its value as a vacation experience or for spending leisure time, and not considered for purposes of acquiring an appreciating investment or with an expectation that the interest may be rented or resold.**  [See section 12 of this Multisite Public Offering Statement]

**Any resale of this timeshare interest must be accompanied by certain disclosures in accordance with Section 721.065, *Florida Statutes*.** [See Purchase Contract]

494846-8
(10.14.11)

For the purpose of ad valorem tax assessment, taxation and special assessments, the managing entity will be considered the taxpayer as your agent pursuant to Section 192.037, *Florida Statutes.* [See Purchase Contract]

The Developer is required to provide the managing entity of the multisite timeshare plan with a copy of the approved public offering statement text and exhibits filed with the Division and any approved amendments thereto, and any other component site documents as described in Section 721.07 or Section 721.55, *Florida Statutes*, that are not required to be filed with the division, to be maintained by the managing entity for inspection as part of the books and records of the plan. [See Purchase Contract]

You may cancel this Contract without any penalty or obligation within 10 (ten) calendar days after the date you sign this Contract or the date on which you receive the last of all documents required to be given to you pursuant to Section 721.07(6), *Florida Statutes*, whichever is later. If you decide to cancel this Contract, you must notify the seller in writing of your intent to cancel. Your notice of cancellation shall be effective upon the date sent and shall be sent to Marriott Ownership Resorts, Inc., Attn: Manager, Sales Administration, at 6649 Westwood Boulevard, Orlando, Florida 32821. Any attempt to obtain a waiver of your cancellation right is void and of no effect. While you may execute all closing documents in advance, the closing, as evidenced by delivery of the deed or other document, before the expiration of your 10 (ten) day cancellation period, is prohibited. [See Purchase Contract]

494846-8
(10.14.11)

II.A.    DEVELOPER DISCLOSURES

**A Beneficiary's ability to reserve a Use Period in a particular Accommodation or Component will depend on, among other factors, the number of Points required to reserve the various Accommodations that have been committed to the Trust Plan and the number of Points available to the Beneficiary at the time of the reservation request.** [See section 3 of this Multisite Public Offering Statement]

**A Beneficiary's chance of being successfully confirmed in a specific Accommodation depends upon the number of Beneficiaries desiring the same Accommodation. A Beneficiary should become thoroughly familiarized with the location of all Components that are part of the Trust, as well as the specific number of Accommodations available within each Component.** [See section 3 of this Multisite Public Offering Statement]

**Unless banked as may be permitted by the Reservation Procedures, Points that are from a particular Use Year's Distribution must be used for the reservation and use of a Use Period which occurs during that Use Year.** [See section 3.c. of this Multisite Public Offering Statement]

**Unless banked as may be permitted by the Reservation Procedures, if a Beneficiary fails to use any or all assigned Points during a given Use Year, the Points expire and such Beneficiary may not use that Use Year's Points during succeeding Use Years. A Beneficiary may use the Points from the subsequent Use Year's Distribution and any Points banked for use in the subsequent Use Year pursuant to the Reservation Procedures to reserve a Use Period(s) during the subsequent Use Year during the appropriate Reservation Window**. [See section 3.c of this Multisite Public Offering Statement]

**There is no guarantee that a Trust Owner will be able to use all of the Points in a Trust Owner's Distribution each Use Year because the ability of a Trust Owner to use all of the Trust Owner's Points in a given Use Year will depend on: (i) the Use Periods reserved by the Trust Owner, (ii) the Use Periods reserved by other Trust Owners, and (iii) the number of Points banked for use in the immediately following Use Year. Consequently, Points may remain in the Trust Owner's Distribution at the end of a given Use Year which are insufficient to reserve any Use Period and, thus, the Trust Owner will not be able to use such Points, and will not be permitted to carry over the unused, unbanked Points to the next Use Year's Distribution.** [See section 3.c of this Multisite Public Offering Statement]

**A Trust Owner's ability to reserve a Use Period in a particular Accommodation or Component will depend on, among other factors, the number of Points required to reserve the Use Periods in the various Accommodations that have been committed to the Trust Plan and the number of Points available to the Trust Owner at the time of the reservation request. Additionally, the ability of a Trust Owner to reserve a Use Period at a particular Component may be severely limited due to the limited number of Accommodations that have been committed to the Trust Plan at that Component.**

10

494846-8
(10.14.11)

**Please refer to the Point Schedule for more information regarding the number of Accommodations available at any particular Component.** [See section 3.c of this Multisite Public Offering Statement]

**The Association Delegee has the right to reasonably revise the Points for Use assignments from time to time without Beneficiary consent in the best interests of the Beneficiaries as a whole; provided that the total number of Points for Use that are required to reserve all Use Periods in the Trust Plan will equal or exceed the total number of Points for Sale assigned to all of the Beneficiaries.** [See section 3.c of this Multisite Public Offering Statement]

**Any priority a Beneficiary may have for the reservation of Use Periods will end upon the beginning of the subsequent Reservation Window.** [See section 4.a. of this Multisite Public Offering Statement]

**All reservations are handled on a first-come, first-served basis, and are subject to applicable Reservation Windows.** [See section 4 of this Multisite Public Offering Statement]

**The ability of a Beneficiary to reserve a Use Period at a particular Component may be severely limited due to the limited number of Accommodations that may be committed to the Trust Plan at that Component. Please refer to the Point Schedule for more information regarding the number of Accommodations available at any particular Component.** [See section 4 of this Multisite Public Offering Statement]

**The Association Delegee may amend the Reservation Procedures without Beneficiary consent; however, in making any amendments, the Association Delegee will use its best efforts, in good faith and based upon all reasonably available evidence under the circumstances, to further the best interests of the Beneficiaries as a whole with respect to their opportunity to use and enjoy the benefits of the Trust Plan.** [See section 4 of this Multisite Public Offering Statement]

**Any Affiliation Agreement entered into between the Association and an Exchange Company will be for a limited term, and may be terminated or extended according to its terms and conditions without the consent of the Beneficiaries. Neither the Association nor any Exchange Company is obligated to extend or renew an Affiliation Agreement for any particular length of time, nor makes any commitment to do so. Upon termination or expiration of an Affiliation Agreement, the Association, subject to its reasonable business judgment as to availability, economic feasibility, and the best interests of the Beneficiaries as a whole, may enter into another Affiliation Agreement of short or long duration with a current Exchange Company or a different Exchange Company. There can be no assurance, however, that the Association will do so or will be successful in doing so.** [See section 4.f. of this Multisite Public Offering Statement]

**Each Exchange Company may amend the applicable Exchange Company Documents without Beneficiary consent.** [See section 4.f. of this Multisite Public Offering Statement]

494846-8
(10.14.11)

**The expectation of deriving any profit or gain should not be a consideration in the decision to purchase an Interest in the Trust.** [See section 11 of this Multisite Public Offering Statement]

**Generally, a Beneficiary should expect substantial competition from Developer and no established resale market in the event a Beneficiary desires to resell an Interest.** [See section 11 of this Multisite Public Offering Statement]

**The terms and conditions of any Exchange Company Documents are subject to change by the applicable Exchange Company without advance notice, including, but not limited to, fees, benefits and reservation procedures.** [See Article VI of the Disclosure Statement]

**With respect to federal, state, and local tax consequences of acquiring an Interest as they may relate to an individual Beneficiary, each Beneficiary should consult with and rely on her or his own professional tax advisor. In no event should the Trust, the Developer, or any of their respective affiliates, counsel, or any other professional advisors or counsel engaged by any of them, be considered as providing legal or tax advice or opinions or as guarantors of the tax consequences of ownership of any Interest acquired from the Developer. Beneficiaries should look to, and solely rely on, their own professional tax advisors with respect to the tax consequences of ownership of any Interest acquired from the Developer.** [See section 11 of this Multisite Public Offering Statement]

12

494846-8
(10.14.11)

### III.    MULTISITE PUBLIC OFFERING STATEMENT TEXT

1.    **Description of the Multisite Timeshare Plan.**    The current name of the multisite timeshare plan is Marriott Vacation Club Destinations.  The Developer's name is Marriott Ownership Resorts, Inc., whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090.  Developer intends, but is under no obligation, to commit or cause to be committed to the Trust high quality Components which meet the high standards of quality established by Developer from time to time.  Subject to availability and pursuant to the Reservation Procedures, Beneficiaries will have the opportunity to reserve and use an Accommodation in accordance with the Trust Plan Documents.

a.    **Term of the Multisite Timeshare Plan.**    The term of the multisite timeshare plan is perpetual, unless the Trust is sooner terminated in accordance with the terms and conditions contained in the Trust Agreement.  The Trust will automatically terminate at such time as the Board directs Trustee to sell or otherwise transfer legal and equitable title to all of the Trust Property and any and all interest therein to a third party pursuant to the Trust Agreement, and all of the funds and other proceeds resulting from such transfer have been distributed to the Beneficiaries in proportion to their Interests as set forth in the Bylaws.  Upon termination of the Trust, the multisite timeshare plan for the Trust will terminate.  For so long as a Beneficiary owns an Interest, the Beneficiary will be entitled to reserve and use available Accommodations at any Component in accordance with the Trust Plan Documents.

b.    **Term of the Component Site Plans.**    Each Accommodation is subject to the Trust Plan, and each Component constitutes a separate component site of the multisite timeshare plan.  The duration of each component site shall be determined by the governing documents for such component site as summarized in the tabular description of component sites attached as an exhibit to this Public Offering Statement.

c.    **Legal Structure of the Multisite Timeshare Plan.**    Developer either has or will transfer title (or will cause a third party to transfer title) to certain Submission Property to the Trustee to be committed to the Trust as Trust Property.  The Trustee will hold legal and equitable title to the Trust Property for the use and benefit of the Beneficiaries of the Trust in accordance with the Trust Agreement and Sections 721.08(2)(c)3. and 4., *Florida Statutes*.  The Trustee's ownership of the Trust Property is subject to the rights and benefits granted to Developer and other Beneficiaries pursuant to the Trust Agreement and the powers, obligations, and duties of Developer, the Association, and the Trust Manager pertaining to the operation, maintenance, repair, and replacement of the Trust Plan and the Trust Property.  Owners of Interests will be the Beneficiaries of the Trust and will receive, at closing, a deed conveying an Interest in the Trust.  Each Interest constitutes a Florida timeshare estate under Chapter 721, *Florida Statutes*, and thereby is considered a Florida real property interest.  The duties of the Trustee pursuant to the Trust Agreement include, without limitation, and in accordance with the specific terms and conditions of the Trust Agreement: the execution of documents with respect to the Trust and Trust Property; to convey, hypothecate, mortgage, assign, lease, or otherwise transfer or encumber any interests in or portion of the Trust Property as directed by the Board or in the event of the termination of the Trust; vote on behalf of the Trust as the legal and equitable title owner of the Trust Property at any meeting or other proceeding of any Component Association; maintain a Registry of the Beneficiaries of the Trust; forward books and records of the Trust Plan to the Division as required by law; and hold legal and equitable title to the Trust Property.  Because a Beneficiary does not directly own a specific interest in any single Accommodation, a Beneficiary owns an Interest in the entire Trust Property.  Because a Beneficiary has the right to reserve and use multiple Accommodations in various Components, the Trust Plan constitutes a multisite timeshare plan.

13

d.    **Form of Ownership of Interests.**    Developer is selling Interests in the Trust which has been established as a Florida land trust. Pursuant to Florida law, the Trust has been structured in such a manner that each Interest constitutes a timeshare estate under Section 721.08, *Florida Statutes*. Furthermore, pursuant to Chapter 721, a timeshare estate constitutes an interest in real property. Interests in the Trust are being sold subject to the Trust Plan. Each purchaser of an Interest will be a Beneficiary of the Trust. Developer will also be a Beneficiary of the Trust with respect to any unsold or reacquired Interests in the Trust. The Interest of each Beneficiary of the Trust in the Trust Property will be evidenced by a deed recorded in the Public Records of Orange County, Florida. Each Interest will grant to the owner thereof the right to reserve, use, and occupy the Trust Property in accordance with and subject to the terms, conditions, and restrictions of the Reservation Procedures and other Trust Plan Documents.

2.    **Description of Structure, Ownership and Responsibility for Operation of the Trust Reservation System.**    The Developer and Board established the methods and means by which Beneficiaries reserve the use of any Accommodations and the Association is responsible for instituting and operating the Reservation Procedures; however, the Association may contract with another entity to operate the Reservation Procedures. The responsibility for operating and managing the Trust Reservation System has been delegated to the Association Delegee. For purposes of applicable law, Section 721.56(5)(a), *Florida Statutes*, and the Trust Plan Documents, the reservation system of the Trust Plan includes any software, hardware, or related equipment or technology owned, licensed, or leased by the Trust Manager or an Exchange Company. The reservation system of the Trust Plan serves as the method and means by which Beneficiaries reserve the use of any of Accommodation.

3.    **Description of Operation of the Trust Reservation System.**

**A Beneficiary's ability to reserve a Use Period in a particular Accommodation or Component will depend on, among other factors, the number of Points required to reserve the various Accommodations that have been committed to the Trust Plan and the number of Points available to the Beneficiary at the time of the reservation request.**

**A Beneficiary's chance of being successfully confirmed in a specific Accommodation depends upon the number of Beneficiaries desiring the same Accommodation. A Beneficiary should become thoroughly familiarized with the location of all Components that are part of the Trust, as well as the specific number of Accommodations available within each Component.**

a.    **Demand Balancing.**    In establishing the Reservation Procedures, the Developer and Board have taken into account the location and anticipated relative use demand for each Accommodation and Component and has used its best efforts, in good faith and based upon all reasonably available evidence under the circumstances, to further the best interests of the Beneficiaries as a whole with respect to their opportunity to use and enjoy the Trust Property. The Association Delegee will periodically make such adjustments or amendments to the Trust Reservation System and the Reservation Procedures in order to respond to actual Beneficiary use patterns and changes in Beneficiary demand for the Accommodations existing within the Trust, as well as other pertinent information. The Association Delegee will also take into consideration the demand for and the availability of existing Accommodations prior to making any additions, deletions, or substitutions of Accommodations.

14

494846-8
(10.14.11)

**The Association Delegee shall have the right to forecast anticipated reservation and use of the Accommodations of the Trust Plan and is authorized to reasonably demand balance and reserve or deposit the Accommodations for the purpose of facilitating the use or future use of the Accommodations or other benefits made available through the Trust Plan or to the Beneficiaries.**

b.    **Rules and Regulations Governing the Operation of the Trust Reservation System.** The special restrictions and priority provisions governing the use of the Accommodations are set forth in the Trust Plan Documents, and specifically in the Reservation Procedures, a copy of which is attached as an exhibit to this Multisite Public Offering Statement. So long as an Affiliation Agreement (as such may be amended from time to time) remains in effect, the Board may engage an Exchange Company to operate the Reservation Procedures.

c.    **Points.**    For administrative convenience in the operation of the Trust Plan and to assist in the determination of the respective rights of Beneficiaries to enjoy the benefits of ownership of Interests in the Trust Plan, Developer and the Board established a reservation system that utilizes Point allocations for the reservation of all Use Periods. Developer will ascribe Points to each Interest and, upon conveyance of an Interest, the number of Points ascribed to the Interest will be noted on the deed for such Interest. Each Use Year, the Association Delegee will credit each Beneficiary in the reservation system with the number of Points reflected by the deed(s) conveying the Beneficiary's Interests to the Beneficiary. Such Points represent the reservation power of the Beneficiary's Interests in relation to the other Interests in the Trust Plan, as more fully described in the Reservation Procedures. The annual allocation of Points is known as the Distribution. When confirming a reservation, Points will be deducted from the Points that will expire soonest. With respect to Points with the same expiration date, Points will be deducted in order from the lowest-numbered Interest to the highest-numbered Interest owned by the Beneficiary.

Subject to the limited calendar adjustments described in this paragraph, any increase or decrease in the number of Points for Use required to reserve a designated Use Period pursuant to Association Delegee's right to amend the Point Schedule as set forth above must be offset by a corresponding decrease or increase to the Points for Use for other Use Period(s) occurring during the same year as the designated Use Period. Points for Use for a given calendar year will fluctuate from year to year as a result of the number of weekends that occur during that year, leap years, the occurrence of "Week 53" as defined in the Component Declarations, and which day of the week a holiday occurs. As a result of these fluctuating factors and differing demand which occurs because of the calendar permutations, the number of Points for Use may fluctuate for a given Use Period; provided, however, that the Points for Use for a Use Period in a specific calendar year that has the same factors as another specific calendar year, may only be increased or decreased pursuant to the preceding paragraph. Any modification to the Point Schedule shall not require approval by the Beneficiaries.

**There is no guarantee that a Trust Owner will be able to use all of the Points in a Trust Owner's Distribution each Use Year because the ability of a Trust Owner to use all of the Trust Owner's Points in a given Use Year will depend on: (i) the Use Periods reserved by the Trust Owner, (ii) the Use Periods reserved by other Trust Owners, and (iii) the number of Points banked for use in the immediately following Use Year. Consequently, Points may remain in the Trust Owner's Distribution at the end of a given Use Year which are insufficient to reserve any Use Period and, thus, the Trust Owner will not be able to use such Points, and will not be permitted to carry over the unused, unbanked Points to the next Use Year's Distribution.**

15

494846-8
(10.14.11)

**A Trust Owner's ability to reserve a Use Period in a particular Accommodation or Component will depend on, among other factors, the number of Points required to reserve the Use Periods in the various Accommodations that have been committed to the Trust Plan and the number of Points available to the Trust Owner at the time of the reservation request. Additionally, the ability of a Trust Owner to reserve a Use Period at a particular Component may be severely limited due to the limited number of Accommodations that have been committed to the Trust Plan at that Component. Please refer to the Point Schedule for more information regarding the number of Accommodations available at any particular Component.**

The number of Points required to reserve a particular Use Period at a particular Accommodation is based upon factors including the relative demand for use of the Use Period(s) (which may be on a day to day basis) and the particular Accommodation that is desired.

**The Association Delegee has the right to reasonably revise the Points for Use assignments from time to time without Beneficiary consent in the best interests of the Beneficiaries as a whole; provided that the total number of Points for Use that are required to reserve all Use Periods in the Trust Plan will equal or exceed the total number of Points for Sale assigned to all of the Beneficiaries.**

Developer will have the exclusive right to create Interests. An Interest will consist of a beneficial interest in the Trust Property. When additional property is annexed to the Trust and a Notice of Use Rights is delivered by Developer to the Association and Trustee, the number of Points for Sale in the Trust Property will increase and equal the sum of (a) the number of Points for Sale in existence at that time plus (b) the number of Points for Sale being added at such time. As additional property is annexed into the Trust and a Notice of Use Rights is delivered, the Points for Use will have an increase proportionate to the increase in the number of Points for Sale.

With respect to an individual Beneficiary's Points, assuming that the Trust Property for which a Notice of Use Rights has been delivered consists of property that is valued at 20,000 Points by Developer, then a Beneficiary owning a Base Interest (in this case, 6 Interests or 1,500 Points), will have a seven and one-half percent (7.5%) interest in the Trust (1,500/20,000). If Developer subsequently delivers to the Association a Notice of Use Rights for property with a value of 10,000 Points, then the total value of the Trust Property will be 30,000 Points and the Beneficiary's Base Interest will have a five percent (5%) interest in the Trust (1,500/30,000). The total Points for Sale allocated to the Trust Property will never change unless more property is annexed to the Trust and a Notice of Use Rights is delivered by Developer to the Association and Trustee or property is deannexed from the Trust, and then, the only change will be to increase or decrease, as applicable, the total number of Points for Sale of the Trust Property by the number of Points for Sale directly attributable to such annexed or deannexed property. Notwithstanding the inability to alter the total number of Points for Sale assigned to the entirety of the Trust Property, from time to time, the Association is obligated, pursuant to Section 9.7 of the Trust Agreement, to evaluate the use and demand patterns of each Accommodation, and, based on such evaluation, reallocate the number Points for Use required to reserve an Accommodation for a particular Use Period.

**Unless banked as may be permitted by the Reservation Procedures, Points that are from a particular Use Year's Distribution must be used for the reservation and use of a Use Period which occurs during that Use Year.**

16

494846-8
(10.14.11)

**Unless banked as may be permitted by the Reservation Procedures, if a Beneficiary fails to use any or all assigned Points during a given Use Year, the Points expire and such Beneficiary may not use that Use Year's Points during succeeding Use Years. A Beneficiary may use the Points from the subsequent Use Year's Distribution and any Points banked for use in the subsequent Use Year pursuant to the Reservation Procedures to reserve a Use Period(s) during the subsequent Use Year during the appropriate Reservation Window.**

No Beneficiary, other than Developer, and subject to Section 4.2 of the Trust Agreement, shall, voluntarily or involuntarily, sell, transfer, assign, or hypothecate less than a Base Interest, except to another Beneficiary that owns at least a Base Interest or to the Developer. The Association Delegee is not required to accept any reservation requests for a Use Period from a Beneficiary who owns less than a Base Interest at any time other than during the Open Reservation Period.

4.    **Priority Reservation Features.**

**All reservations are handled on a first-come, first-served basis, and are subject to applicable Reservation Windows.**

**The ability of a Beneficiary to reserve a Use Period at a particular Component may be severely limited due to the limited number of Accommodations that may be committed to the Trust Plan at that Component. Please refer to the Point Schedule for more information regarding the number of Accommodations available at any particular Component.**

**The Association Delegee may amend the Reservation Procedures without Beneficiary consent; however, in making any amendments, the Association Delegee will use its best efforts, in good faith and based upon all reasonably available evidence under the circumstances, to further the best interests of the Beneficiaries as a whole with respect to their opportunity to use and enjoy the benefits of the Trust Plan.**

The ability of a Beneficiary to confirm a reservation for any particular Use Period is dependent upon the availability of the desired Use Period; therefore, the Association Delegee cannot guarantee that a particular reservation request can be fulfilled. The earlier a reservation request is submitted within the relevant Reservation Window, the better the chance that a reservation confirmation can be secured. The first-come, first-served reservation rule is subject to the priorities set forth below. In addition, pursuant to the Affiliation Agreement with Program Manager, all Beneficiary reservations are taken by Program Manager, including a Beneficiary who desires to reserve the use of Accommodations in the Trust.

a.    **Reservation Window.**    Reservation requests for Use Periods will be taken on a first-come, first-served basis, within the applicable Reservation Window, in accordance with the reservation priorities set forth below.

**Any priority a Beneficiary may have for the reservation of Use Periods will end upon the beginning of the subsequent Reservation Window.**

If the requested Use Period is available, the Beneficiary has sufficient Points to reserve it, and the appropriate Reservation Window has begun, the Association Delegee will confirm the

17

494846-8
(10.14.11)

reservation. The Association Delegee cannot ensure confirmation of a reservation of any Use Period in a specific Accommodation at any specific Component since availability will vary. The earlier a reservation request is submitted within the relevant Reservation Window, the better the chance that a reservation confirmation can be secured. Beneficiaries are encouraged to submit requests as far in advance as possible, within the Reservation Window, to obtain the best choice of Accommodations and Components.

b.      **Priority 1 Period.** The Priority 1 Period is the period beginning three hundred and ninety-five (395) days (+/- 6 days based on the applicable Call-In Calendar) before the first day of a given unreserved Use Period and ending twenty-eight (28) days (4 weeks) later. During the Priority 1 Period, Premier and Premier Plus Members, and other Beneficiaries reserving through an Advance Priority Reservation, have the right to request a reservation, subject to the Call-in Calendar, on a first-come, first-served subject to availability basis for the use of Use Periods in Accommodations available through the Trust Reservation System and other Exchange Benefits made available by an Exchange Company from time to time during the Use Year for which certain Beneficiaries hold sufficient Points, in accordance with the Reservation Procedures. Except as otherwise provided in the Reservation Procedures, Use Periods reserved by Standard Members and Premier Members during the Priority 1 Period must have a minimum of seven (7) consecutive evenings, and all reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule. In the event a Standard Member or Premier Member requests a Use Period during the Priority 1 Period and Association Delegee is only able to confirm a portion of such requested Use Period because less than seven (7) consecutive evenings are available, Association Delegee may confirm such reservation in Association Delegee's sole discretion. Except as otherwise provided in the Reservation Procedures, and subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule, there are no minimum length-of-stay requirements for Use Periods reserved by Premier Plus Members during the Priority 1 Period. During the Priority 1 Period, Association Delegee shall immediately confirm all Premier Reservations and Advance Priority Reservations made pursuant to the Reservation Procedures, if available, on a first-come first-served basis. Any Points required to obtain an Advance Priority Reservation (over and above the number of Points that would be required to reserve the same Accommodations during the Priority 2 Period or Priority 3 Period) will be restored to the Beneficiary only in the event that the Advance Priority Reservation is cancelled by the Beneficiary at least sixty-one (61) days prior to the start of the reserved Use Period in accordance with the Reservation Procedures. Notwithstanding any rights granted to Beneficiaries pursuant to the Reservation Procedures, Association Delegee reserves the right to limit or restrict the number of reservations that may be made (including, without limitation, the number of Beneficiaries who may make reservations and the number of reservations that may be made) at any particular Component during the Priority 1 Period to further the best interests of the Beneficiaries as a whole as determined by Association Delegee in it sole discretion. The Association Delegee is not required to accept any reservation requests for a Use Period from a Beneficiary who owns less than a Base Interest at any time other than during the Open Reservation Period.

c.      **Priority 2 Period.** The Priority 2 Period is the period beginning three hundred and sixty-five (365) days (+/- 6 days based on the applicable Call-In Calendar) before the first day of a given unreserved Use Period and ending fifty-six (56) days (8 weeks) later. During the Priority 2 Period, Beneficiaries have the right to request a reservation, subject to the Call-in Calendar, on a first-come, first-served subject to availability basis for the use of Use Periods in Accommodations available through the Trust Reservation System and other Exchange Benefits made available by an Exchange Company from time to time during the Use Year for which certain Beneficiaries hold sufficient Points, in accordance with the Reservation Procedures. Except as otherwise provided in the Reservation Procedures, Use Periods reserved by Standard Members and Premier Members during the Priority 2 Period must have a minimum of seven (7) consecutive evenings, and all reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule. In the

18

494846-8
(10.14.11)

event a Standard Member or Premier Member requests a Use Period during the Priority 2 Period and Association Delegee is only able to confirm a portion of such requested Use Period because less than seven (7) consecutive evenings are available, Association Delegee may confirm such reservation in Association Delegee's sole discretion. Except as otherwise provided in the Reservation Procedures, and subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule, there are no minimum length-of-stay requirements for Use Periods reserved by Premier Plus Members during the Priority 2 Period. During the Priority 2 Period, reservation requests shall be accepted by Association Delegee from Beneficiaries for all available Use Periods. The number of Points which must be released by the Beneficiary for such Priority 2 Reservations shall be in accordance with the then-current Point Schedule. During the Priority 2 Period, Association Delegee shall immediately confirm all Priority 2 Reservations made pursuant to the Reservation Procedures, if available, on a first-come first-served subject to availability basis.

d.      **Priority 3 Period.** The Priority 3 Period is the period beginning three hundred (300) days (+/- 6 days based on the applicable Call-In Calendar) before the first day of a given unreserved Use Period and ending sixty-one (61) days before the first day of a given unreserved Use Period. During the Priority 3 Period, Beneficiaries have the right to request reservations, subject to the Call-in Calendar, on a first-come, first-served subject to availability basis for the use of Use Periods in Accommodations available through the Trust Reservation System and other Exchange Benefits made available by an Exchange Company from time to time during the Use Year for which the Beneficiary holds sufficient Points, in accordance with the Reservation Procedures. All Priority 3 Reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule. Except as otherwise provided in the Reservation Procedures and subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule, there are no minimum length-of-stay requirements for Use Periods during the Priority 3 Period. During the Priority 3 Period, reservation requests shall be accepted by Association Delegee from Beneficiaries for all available Use Periods. The number of Points which must be released by the Beneficiary for such Priority 3 Reservations shall be in accordance with the then-current Point Schedule. Priority 3 Reservation confirmation into any Accommodation shall be based on a first-come, first-served basis, subject to availability and on any other procedures determined by Association Delegee.

e.      **Open Reservation Period.** The Open Reservation Period is the period beginning sixty (60) days before the first day of a given unreserved Use Period during which Beneficiaries (for themselves, Family Members and/or Guests) or Association Delegee can reserve use of an Accommodation for the current Use Year, subject to the Call-in Calendar, on a space available, first-come, first-served subject to availability basis as set forth in the Reservation Procedures. Beneficiaries owning less than a Base Interest and Beneficiaries utilizing Points deposited in a Holding Account (as defined in the Reservation Procedures) shall only be permitted to make reservations for Use Periods during the Open Reservation Period. Except as otherwise provided in the Reservation Procedures, there is no minimum number of consecutive evenings required for Use Periods reserved during the Open Reservation Period; however, all reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Point Schedule.

Beneficiaries may reserve a Use Period at any Component during the Open Reservation Period. Family Members and Guests may also stay in an Accommodation at any Component as Open Reservation Time, subject to availability; however, the sponsoring Beneficiary must make the reservations for such use. In no event shall Open Reservation Time be used for any commercial purpose (including but not limited to, the rental of an Accommodation reserved as Open Reservation Time). Beneficiaries who are determined, in the sole discretion of Association Delegee, to have violated this restriction on commercial use may be subject to penalties within the sole discretion of Association Delegee, including

19

494846-8
(10.14.11)

but not limited to, the loss of such Beneficiary's access to Open Reservation Time and cancellation of existing Open Reservation Time reservations.

During the Open Reservation Period, Association Delegee has the right to reserve available Use Periods for (i) the purposes of customer relations, public relations and employee relations; (ii) marketing, promoting, and sales of Interests, vacation ownership interests, programs, or vacation products at other resort condominiums or club resorts, or such other vacation ownership, multisite vacation ownership, and membership or exchange plans developed or marketed by Association Delegee or its affiliates from time to time; or (iii) the purpose of renting unreserved Use Periods to third parties.

f.    **Exchange Program Opportunities.**  The Trust Plan is participating in an internal Exchange Program with Program Manager and an External Exchange Program.  There is no guarantee that the Trust Plan will participate in any Exchange Program in the future nor can Developer, Association, or Trust Manager make any representations regarding the terms and conditions of any External Exchange Program that may be offered to Beneficiaries.

The name and address of Program Manager is Marriott Resorts, Travel Company, Inc. (d/b/a MVC Exchange Company), 6649 Westwood Boulevard, Orlando, Florida 32821-6090.  In addition to the ability to reserve and use the Accommodations, for so long as an Affiliation Agreement (as such may be amended from time to time) remains in effect with Program Manager, Beneficiaries will have the opportunity to reserve Accommodations in other trusts and exchange programs that are affiliated with Program Manager, as further described in the Exchange Company Documents for Program Manager. The Affiliation Agreement with Program Manager has a two year term and may be renewed on a voluntary basis by mutual agreement of the Board and Program Manager.  Beneficiaries must comply with all of the terms and conditions of the Exchange Program offered by Program Manager as determined by Program Manager.  During the term of the Affiliation Agreement with Program Manager, Beneficiaries will have the right to reserve and use the Accommodations that are a part of the Exchange Program offered by Program Manager as described in the applicable Exchange Company Documents.

Program Manager has the right to restrict use of any Exchange Benefits offered by Program Manager to certain Beneficiaries, including, without limitation, only to those Beneficiaries who purchase their Interests from Developer or any broker authorized from time to time as an "Approved Broker" by Developer.  Any offered Exchange Benefits are subject to separate terms and conditions, which may be changed, substituted, or eliminated without prior notice.  Some Exchange Benefits may be provided by independent third parties and the offering Exchange Company may expressly disclaim responsibility for the acts or omissions of any persons or entities providing such Exchange Benefits. Exchange Benefits (other than the ability to occupy an Accommodation through an exchange) are only available to Guests that are accompanied by a Beneficiary or a Family Member of the Beneficiary.

Program Manager reserves the right to create alternative Reservation Windows with regard to Components which may in the future become a part of the Exchange Program offered by Program Manager.  Additionally, there may be different methods by which interests and allocations are assigned within a particular Component.  Program Manager has the specific right to implement procedures which will facilitate reciprocal, exchange, or similar uses by and among the Components affiliated with the Exchange Program offered by Program Manager.

The name of the External Exchange Company is Interval International, Inc. ("**Interval**"), whose address is P.O. Box 431920, 6262 Sunset Drive, Miami, Florida 33243-1920.  Enrollment in the External Exchange Program offered by Interval is provided to each Beneficiary pursuant to an Affiliation Agreement with Interval and each Beneficiary's annual enrollment fee is included in the Beneficiary's Exchange Company Dues as reflected on the Association's annual budget.  The initial term of the

20

494846-8
(10.14.11)

Affiliation Agreement with Interval is four (4) years and is subject to renewal at the option of Program Manager. Beneficiaries must comply with all of the terms and conditions of the External Exchange Program offered by Interval as determined by Interval. During the term of the Affiliation Agreement with Program Manager, Beneficiaries will have the right to reserve and use the accommodations and facilities that are a part of the External Exchange Program offered by Interval as described in the applicable Exchange Company Documents.

An Exchange Company may offer Exchange Benefits through an Exchange Program to certain Beneficiaries, from time to time. Such Exchange Benefits may vary, are not part of the Trust Reservation System, and are provided solely as part of the applicable Exchange Program at the sole discretion of applicable Exchange Company. Each Exchange Company has the right to establish such rules and regulations as it deems necessary to adequately govern Beneficiary access to such Exchange Benefits, which may include certain fees.

**Any Affiliation Agreement entered into between the Association and an Exchange Company will be for a limited term, and may be terminated or extended according to its terms and conditions without the consent of the Beneficiaries. Neither the Association nor any Exchange Company is obligated to extend or renew an Affiliation Agreement for any particular length of time, nor makes any commitment to do so. Upon termination or expiration of an Affiliation Agreement, the Association, subject to its reasonable business judgment as to availability, economic feasibility, and the best interests of the Beneficiaries as a whole, may enter into another Affiliation Agreement of short or long duration with a current Exchange Company or a different Exchange Company. There can be no assurance, however, that the Association will do so or will be successful in doing so.**

**Each Exchange Company may amend the applicable Exchange Company Documents without Beneficiary consent.**

     g.     **Additional Reservation Restrictions.** Reservation requests are also subject to additional restrictions and priorities set forth in the Reservation Procedures, including, but not limited to, the following:

     (i)     The procedures by which a reservation must be made and confirmed;

     (ii)     Any applicable Exchange Company Documents;

     (iii)     Procedures for and limitations upon canceling confirmed reservations; and

     (iv)     Any other rules and regulations or amendments to existing rules and regulations which the Association Delegee in its sole discretion determines are necessary or desirable from time to time in order to enforce the provisions of the Trust Plan Documents.

     5.     **Summary of Material Rules and Regulations, Other than the Rules and Regulations Affecting each Component Site.** For a complete description of the rules and regulations affecting each Component, other than the Rules And Regulations, refer to the rules and regulations promulgated

21

494846-8
(10.14.11)

by the board of directors of the association of each Component and each managing entity for each Component.

6.    **Additions, Substitutions and Deletions.**    Developer has reserved the right to associate additional Components and Accommodations with the Trust Plan, substitute the Components or Accommodations that are part of the Trust Plan (to the extent permitted by applicable law), or delete existing Components or Accommodations from the Trust Plan from time to time.

a.    **Additions.**

**Accommodations and facilities may be added to this vacation club without the consent of the Beneficiaries. The addition of Accommodations and facilities to the plan may result in the addition of new purchasers who will compete with existing purchasers in making reservations for the use of available Accommodations and facilities within the plan, and may also result in an increase in the annual assessment against purchasers for common expenses.**

Developer may, from time to time, cause additional Submission Property to be transferred into the Trust or otherwise made available to the Beneficiaries without the consent of the Beneficiaries, the Association, or the Trustee; provided, however, that Developer is under no obligation to convey any such additional property to the Trust. Prior to the transfer of additional property to the Trust, any lien or other encumbrance against such property will be made subject to a nondisturbance and notice to creditors instrument, a subordination and notice to creditors instrument, or an alternate assurance in accordance with Section 721.53, *Florida Statutes*. The impact, if any, resulting from the addition of property to the Trust and the delivery of a Notice of Use Rights to the Association and Trustee with respect to such property would be to increase the number of Use Periods that will be available for use by the Beneficiaries. Such addition may also result in the addition of new Beneficiaries who will compete with any Beneficiaries existing at the time of such addition in making reservations for the use and occupancy of the Trust Property. Additional property will be conveyed to the Trust upon the execution by Developer (or at the direction of the Developer) of a deed conveying such property to the Trustee as trustee of the Trust and the recording by the Developer of a Notice of Addition of Property with respect to such property in Orange County, Florida. Until a Notice of Use Rights is delivered by Developer with respect to a particular Trust Property, such Trust Property will be considered Restricted Use Property. At such time that Developer delivers to Association and Trustee a Notice of Submission of Trust Property for a particular Restricted Use Property, such Restricted Use Property will be committed to the Trust Plan; however such property will remain a Restricted Use Property. At such time that Developer delivers to the Association and the Trustee a Notice of Use Rights with respect to a particular Trust Property, such property shall be committed to the Trust Plan (if a Notice of Submission of Trust Property had not previously been delivered), shall be eligible for reservation, use, and occupancy by Beneficiaries, and shall no longer be a Restricted Use Property.

In making a decision to commit additional property to the Trust, Developer will attempt to further the best interests of the Beneficiaries as a whole with respect to the Beneficiaries' opportunity to use and enjoy all of the benefits of the Trust Plan. In this regard, Developer will consider such factors as size, capacity, furnishings, maintenance impact, location (including geographic, topographic, and scenic considerations), recreational capabilities, and demand and availability for Beneficiary use and enjoyment.

In the event that additional Submission Property is committed to the Trust Plan, the Beneficiaries purchasing the Interests created by the addition of such property to the Trust Plan will seek reservations simultaneously with existing Beneficiaries for all Accommodations through the reservation

22

system. If additional property is committed to the Trust Plan, demand for use may vary among the various Accommodations and the level of Beneficiary demand for the use of any particular Accommodation may increase over the level of use demand that existed at the time of purchase by a particular Beneficiary such that the ability of the Beneficiary to reserve use at highly demanded Accommodations may be diminished. Therefore, a Beneficiary should not expect to be able to reserve the use of an Accommodation at any particular time. In no event will the addition of any property to the Trust Plan result in a greater than one-to-one use right to use night ratio. In addition, the inclusion of additional property to the Trust Plan will afford Beneficiaries with more vacationing opportunities and options.

Developer does not anticipate that the Reservation Procedures will be affected by adding additional property to the Trust Plan. However, the Board may amend the Reservation Procedures to take into account the location and anticipated relative use demand of additional property as may be necessary and as it deems necessary and, in this regard, Developer will attempt to further the best interests of the Beneficiaries as a whole with respect to their opportunity to use and enjoy the Trust Property.

7.      **Substitutions.** In accordance with currently applicable law, Developer will not substitute new property for existing Trust Property; however, Developer has reserved the right to substitute new property for existing Trust Property if applicable law is amended to permit such substitution.

8.      **Deletions.**      Trustee, at the direction of the Board, and subject to the requirements of the Trust Agreement, may from time to time withdraw Trust Property from the Trust under any of the following circumstances:

With respect to Trust Property that has been subjected to a Component Declaration (or similar governing documents) that contemplates the damage of the Trust Property by casualty or the condemnation of the Trust Property, as applicable, such Trust Property may be withdrawn from the Trust if: (i) the Trust Property has been damaged by casualty and, pursuant to the applicable Component Declaration (or similar governing document), the Trust Property will not be repaired, replaced, or reconstructed; (ii) the Trust Property has been taken by condemnation and, pursuant to the applicable Component Declaration (or similar governing document), the Trust Property may not be made tenantable; (iii) the Trust Property has been deemed by a court of competent jurisdiction or regulatory or governmental body with jurisdiction over such Trust Property to not be capable of being used for the purposes outlined in the Trust Plan Documents; or (iv) the Component or other real property regime of which the Trust Property is a part, or the Component Declaration (or similar governing document), has been terminated in accordance with the terms and conditions of the applicable Component Declaration (or similar governing document).

With respect to Trust Property that has not been subjected to a Component Declaration (or similar governing documents) that contemplates the damage of the Trust Property by casualty or the condemnation of the Trust Property, as applicable, such Trust Property may be withdrawn from the Trust by Trustee at the direction of the Beneficiaries if: (i) the Trust Property has been damaged by casualty and, pursuant to the procedure set forth in the Bylaws, the Beneficiaries determine that the Trust Property should not be repaired, replaced or reconstructed; (ii) the Trust Property has been totally taken by condemnation; (iii) the Trust Property has been deemed by a court of competent jurisdiction or regulatory or governmental body with jurisdiction over such Trust Property to not be capable of being used for the purposes outlined in the Trust Plan Documents; or (iv) the Trust Property has been partially taken by condemnation and pursuant to the process set forth in the Trust Plan Documents, the Beneficiaries determine that the Trust Property may not be made tenantable.

23

494846-8
(10.14.11)

Any replacement of Accommodations or facilities at a Component due to casualty will be made so as to provide Beneficiaries with an opportunity to enjoy a substantially similar vacation experience as was available with the deleted Accommodation. In determining whether the replacement property will provide a substantially similar vacation experience, all relevant factors will be considered, including, but not limited to, some or all of the following: size, capacity, furnishings, maintenance costs, location (geographic, topographic and scenic), demand and availability for Beneficiary use, and recreational capabilities.

In the event that a portion, but not all, of the Trust Property has been withdrawn from the Trust (and the Trust Property has not been replaced and no substitution property has been conveyed to the Trust), Trustee at the direction of the Board will reduce the number of Interests in the Trust or the use rights attributable to each Interest in the Trust. The reduction in the number of Interests or the use rights attributable to the Interests will be in an amount sufficient to ensure that the use rights available in connection with the remaining Trust Property will equal or exceed the use rights remaining among all Beneficiaries after such reduction. The Board, in its reasonable discretion, may determine to reduce the number of Interests or the use rights available with respect to the remaining Trust Property as set forth in the Trust Agreement.

With respect to any Trust Property, until such time as Developer has delivered a Notice of Use Rights with respect to a particular Restricted Use Property, Trustee, within five (5) business days following receipt of written notice from Developer, shall convey such Restricted Use Property to Developer (or its designee), and upon such conveyance such Restricted Use Property shall no longer be deemed Trust Property.

9.    **Description of Developer and Managing Entity of the Trust Plan.**

a.    **Developer.**    The developer of Marriott Vacation Club Destinations is Marriott Ownership Resorts, Inc., a Delaware corporation ("**MORI**"), whose principal address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090. MORI has been a leading participant in the development and operation of vacation ownership resorts since April 1984. MORI (directly and/or through various affiliated and subsidiary companies) developed and/or manages in excess of fifty such resorts at this time. The principals of the Developer are Stephen P. Weisz, President of MORI and Ralph Lee Cunningham, Vice President of MORI. Each of the principals is directly involved in developing the Trust Plan offering and each has extensive experience within the lodging industry generally and the fractional interest business particularly. These principals are involved in directing the creation, marketing, operation and financing of the Trust Plan. Both Mr. Weisz and Mr. Cunningham have been directly involved in similar capacities, on behalf of MORI, with respect to sites in Orlando, Florida, Hilton Head Island, South Carolina, Aruba, Boston, Massachusetts, Palm Desert, California, Hawaii and numerous other locations throughout the United States and Europe, many of which have been registered for sales and marketing in the State of Florida.

Marriott Ownership Resorts, Inc., independently owns and manages the Marriott Vacation Club Destinations program. The programs and products provided under the Marriott Vacation Club Destinations brand are owned, developed, and sold by Marriott Ownership Resorts, Inc., not by Marriott International, Inc., or any of its affiliates. Marriott Ownership Resorts, Inc., is an independent entity and is not an affiliate of Marriott International, Inc. Marriott Ownership Resorts, Inc., and its affiliates use the Marriott marks under license from Marriott International, Inc. and its affiliate, and the right to use such marks shall cease if such license expires or is revoked or terminated. Marriott International, Inc., and its affiliates make no representations, warranties, or guarantees, express or implied, with respect to the information contained in any offering documents or with respect to the Marriott Vacation Club Destinations program.

24

494846-8
(10.14.11)

b.      **Managing Entity.**          The Trust Property will be managed by the Association.  By virtue of an agreement between the Association and the Trust Manager ("**Management Agreement**"), the Association will delegate the day-to-day management and operation of the Trust Property to Marriott Resorts Hospitality Corporation, referred to herein as the Trust Manager.  Trust Manager's principal address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090.  The Trust Manager is an affiliate of MORI.  MORI, through MORI's affiliates, has been a leading participant in the management and operation of vacation ownership resorts since April 1984.  The initial term of the Management Agreement is three (3) years and such term  is automatically renewed for three (3) year periods unless terminated in accordance with the provisions of the Management Agreement.  There are no pending lawsuits or judgments against the Association or the Trust Manager.  The Trust Manager is a wholly owned subsidiary of the Developer.

The management contracts at each Component and the Management Agreement are subject to termination in accordance with the respective terms and conditions of such agreements or pursuant to applicable state law and may be terminated without the approval of the Beneficiaries or the Association.  In the event any such management agreement is terminated, the particular Component or the Trust Plan, as applicable, may no longer be branded as a "Marriott" or "Ritz-Carlton" resort or timeshare plan, managed by Trust Manager, MORI, Marriott International, Inc., or any affiliate or subsidiary thereof, or be held to the same brand standard typically associated with "Marriott" or "Ritz-Carlton" resorts and timeshare plans.  Any such removal or loss of the "Marriott" or "Ritz-Carlton" brand, management, or standards shall not be grounds for any claim against Developer, Trust Manager, Association, Marriott International, Inc., or any affiliate or subsidiary thereof.

10.      **Description of Beneficiary's Liability for Common Expenses of the Multisite Timeshare Plan.**

a.      **Description of Allocation and Assessment of Common Expenses of the Multisite Timeshare Plan.**          Common Expenses include all expenses for the operation, maintenance, repair, or replacement of the Trust Property, costs of carrying out the powers and duties of the Association, assessments due to any underlying Component Association, Exchange Company Dues, all applicable insurance premiums and expenses relating thereto, including fire insurance and extended coverage, reserves for capital expenditures and deferred maintenance unless waived, all amounts payable to the Trustee by the Association pursuant to the Trust Agreement, and any other expenses designated as Common Expenses, from time to time, by the Board, or under the provisions of the Trust Agreement.  The Board is specifically empowered, on behalf of the Association, to make and collect Assessments and to lease, maintain, repair and replace the Trust Property.  Funds for the payment of Common Expenses will be assessed against the Beneficiaries in the proportions or percentages of sharing Common Expenses, as provided in Exhibit "A" to the Bylaws.

b.      **Description of any Limits Imposed Upon the Level of Common Expenses of the Multisite Timeshare Plan Payable by Beneficiaries.**          Although Beneficiaries are not entitled to approve increases in Trust Plan operating expenses, in no event will the total amount of Trust Plan operating expenses assessed to the Beneficiaries in a given calendar year exceed one hundred twenty-five percent (125%) of the total Trust Plan operating expenses assessed in the previous calendar year.

c.      **Description of the Entity Responsible for Determination of and/or the Increase of the Common Expenses of the Multisite Timeshare Plan.**          The Association is the entity responsible for the determination of and/or the increase of the Annual Dues.  Preparation of the annual estimated operating budget for the Trust Plan has been delegated to the Trust Manager; however, the Board retains the responsibility to approve and adopt the annual estimated operating budget.

25

d.    **Description of the Method Used for Collection of the Common Expenses of the Multisite Timeshare Plan.**    Each Beneficiary is liable for all Assessments coming due while the person or entity is a Beneficiary. The share of the Common Expenses attributable to each Interest will be determined based on the number of Interests owned by the Beneficiary pursuant to the Bylaws. The Association may bring an action for a money judgment against a delinquent Beneficiary to collect all sums due the Association, including interest, late charges, costs and reasonable attorneys' fees. In the event an Interest is owned by more than one person or entity such owners will be jointly and severally liable for all Assessments made against the Interest. Each Beneficiary will be jointly and severally liable with the previous Beneficiary for all unpaid Assessments due and payable up to the time of the conveyance. The person or entity acquiring title to an Interest will pay the amount owed to the Association within thirty (30) days after transfer of title. The liability for Assessments may not be avoided by waiver of the use or enjoyment of any Trust Property or by abandonment of the Interest for which the Assessments are made.

Assessments and any other outstanding obligations owed to the Association, as well as any installments relating thereto, and special charges, if not paid within ten (10) days after the date such amounts become due, may bear interest at the rate of eighteen percent (18%) per annum, or the highest rate allowed by law, if that rate is less, until paid, and may also be subject to an administrative late fee as established by the Board in the Rules and Regulations from time to time. The Association is further authorized to utilize the services of an attorney or collection agency for collection of delinquent accounts and to charge and impose a lien against the delinquent Beneficiary for such costs. All payments shall be applied first to the Assessment payment due, then to interest, then to late fees, then to costs, and then to reasonable attorneys' fees incurred in collection.

**The managing entity has a lien against each timeshare interest to secure the payment of assessments, ad valorem assessments, tax assessments, and special assessments. Your failure to make any required payments may result in the judicial or trustee foreclosure of an assessment lien and the loss of your timeshare interest. If the managing entity initiates a trustee foreclosure procedure, you shall have the option to object to the use of the trustee foreclosure procedure and the managing entity may only proceed by filing a judicial foreclosure action.**

The Association has a lien on each Interest for any Assessment levied against that Interest from the date such Assessment becomes due and any interest accruing thereon, which lien will also secure any late charges, and reasonable attorneys' fees and costs incurred by the Association incident to the collection of such Assessment or enforcement of such lien, whether or not legal proceedings are initiated. The Association also has a lien on an Interest for the cost of any maintenance, repairs, or replacement resulting from an act of the Beneficiary owning such Interest or the Beneficiary's Family Members or Guests that results in damage to the Trust Property or other Accommodations or facilities made available to the Beneficiary or the Beneficiary's Family Members or Guests, as further described under the Trust Agreement. The lien is effective from the date the Association or its representative has recorded a notice of such lien in the Public Records of Orange County, Florida. The lien will continue in effect until all sums secured by the lien will have been fully paid or until such time as is otherwise permitted by law. The Association may bring an action in Orange County, Florida to foreclose any lien for Assessments (as well as any interest, late charge, costs and reasonable attorneys' fees related thereto) in the manner that a mortgage on real property is foreclosed or by trustee foreclosure procedure, as permitted by Florida law. The Association also may bring an action to recover a money judgment for the unpaid Assessment or special charges (as well as any interest, late charge, costs and reasonable attorneys' fees related thereto) without waiving any claim of lien.

26

The Trustee has a lien on each Beneficiary's Interest for the proportionate amount of any of Trustee's expenses payable by the Beneficiary, whether directly or by way of Assessment due to the Association; provided, however, that such lien will not become effective until such time as the Association has assessed such Beneficiary for such amounts, and the Beneficiary becomes delinquent on the payment of such amount pursuant to the Bylaws. Trustee's lien for unpaid Trustee expenses will be subject to the same terms, conditions, and limitations, including, but not limited to, notice and recording requirements, as imposed on the Association's Assessment liens in accordance with the Bylaws.

In addition to all other remedies available to the Association resulting from a Beneficiary's delinquency in any payments owed to the Association, the Association will have the rights of lock out as more particularly described in the Bylaws.

e.      **Description of the Developer Guarantee of the Level of Assessments.**
There is no developer guarantee of the level of Assessments. In lieu of offering a developer guarantee, the Developer will be responsible for the Developer's share of the Common Expenses for the Interests owned by Developer.

f.      **Additional Financial Disclosures for Each Component Site.**      The Association Delegee may require a Beneficiary to be current in the payment of all Assessments, Annual Dues, fees, and applicable ad valorem taxes attributable to the Beneficiary's Interest, and to make advance payment of estimated Annual Dues and ad valorem taxes which have not yet been assessed by the Association for the upcoming year, as a condition to accepting reservation requests for such year. All monies so collected by the Trust Manager will be held in escrow for the benefit of the Association as required by applicable law. The escrow agent will be SunTrust Bank, whose address is 777 Brickell Avenue, Second Floor (FL-MIAMI), Miami, Florida 33131.

Any interest earned on such escrowed funds will be paid to the Association and in no event will it be due and payable to a Beneficiary. In the event the amount remitted to the Trust Manager for estimated Annual Dues and ad valorem taxes is in excess of the actual annual assessments for Annual Dues and ad valorem taxes, the excess amount will be returned to the Beneficiary or applied to the following year's Annual Dues and ad valorem taxes, at the sole discretion of the Trust Manager. In the event the amount remitted to the Trust Manager is less than the actual annual assessment for Annual Dues and ad valorem taxes, the Beneficiary will remain liable for the deficiency and in no event will be forgiven for said deficiency.

11.      **Restrictions Upon the Sale, Transfer, Conveyance or Lease of an Interest in a Multisite Timeshare Plan.The sale, lease, or transfer of interests in this multisite timeshare plan is restricted or controlled.**

Other than a conveyance of all of a Beneficiary's Interests, no Beneficiary, other than Developer, and subject to Section 4.2 of the Trust Agreement, shall voluntarily sell, transfer, assign, or hypothecate any number of Interests, the sale, transfer, assignment, or hypothecation of which will result in the Beneficiary or any other Beneficiary owning less than a Base Interest. Except as otherwise set forth in the Trust Agreement and the Bylaws, no Base Interest may be subdivided by any Beneficiary other than Developer. The Association Delegee is not required to accept any reservation requests for a Use Period from a Beneficiary who owns less than a Base Interest at any time other than during the Open Reservation Period. The number of Interests comprising a Base Interest may in the future be modified by Developer in its sole discretion.

Subject to Developer's right of first refusal and leasing restrictions as described below, the right of a Beneficiary to sell, transfer, assign or hypothecate the Beneficiary's Interest will not be subject to the

27

494846-8
(10.14.11)

approval of Developer, Trustee, or the Association. Accordingly, a proper transfer or conveyance of such Interest will not require the written approval of Developer, Trustee, or the Association. However, in accordance with the Bylaws and applicable Florida law, a Beneficiary is required to notify Developer, the Association, and Trustee of any change in information kept in the Registry by Trustee upon the transfer or conveyance of an Interest, and for payment of any membership education fee required under the Trust Plan Documents. Until such written notice is received the seller of such Interest will remain liable for the payment of all Assessments, taxes, and other fees then due or which may later become due with relation to the Interest. Further, until payment of the member education fee is received, the owner of such Interests will not be entitled to use the Points associated with the Interest, and will not be entitled to reserve any Accommodations.

Upon the sale of an Interest, Program Manager may require the payment of an initiation fee. Until payment of the initiation fee is received (or waived by Program Manager), the owner of such Interest(s) will not be entitled to reserve any non-Trust Accommodations with the Points associated with such Interest(s) except during the Open Reservation Period; however, payment of the initiation fee will restore the ability to make reservations during the Priority 1 Period, the Priority 2 Period, and the Priority 3 Period. If the purchase of an Interest is not made from a Developer or an Approved Broker, then the owner of such Interest(s) will not be entitled to access all of the Exchange Benefits offered by Program Manager in its sole and absolute discretion, even if the initiation fee is paid.

In consideration of the affirmative obligations of and benefits to all Beneficiaries provided by Developer under the Trust Agreement, when any Interest is offered for sale, Developer will have the exclusive option to purchase such Interest at the price and on the other terms of any bona fide offer made in writing to the Beneficiary at such time and submitted to Developer for verification. Each Beneficiary will notify Developer in writing of its intent to sell its Interest and provide Developer with a copy of the offer received. Such notice will include the full terms and conditions of the sale, and the full name and primary address of the prospective true buyer (as distinguished from agents and intermediaries). Notice of a Beneficiary's intent to sell will be sent to Developer at 6649 Westwood Boulevard, Orlando, Florida 32821-6090 or such other department or address as may be designated by Developer from time to time. Developer will have thirty (30) days after receipt of such notice to exercise its option to purchase the Interest at the same price and on the same monetary terms and conditions as the verified offer. If Developer does not notify the Beneficiary of its election to purchase the Interest within such thirty (30) day period, then the Beneficiary may sell the Interest to the subject bona fide offeror subject to the Trust Agreement and to all limitations set forth in the Trust Agreement, at a price not lower than that at which it was offered to Developer. In addition, any permitted sale between a Beneficiary and a bona fide third party will be deemed to contain a provision requiring that any sums due to the Association as Assessments must be paid in full as a condition of closing of the sale. Should, however, such sale to a third party not be consummated within four (4) months after the date the offer is transmitted to Developer at the price and terms equal to or less favorable than those offered to Developer, the terms and limitations of Developer's right of first refusal will again be imposed on any sale by a Beneficiary. If Developer elects to purchase such Interest, the transaction will be consummated on the terms offered; provided, however, that Developer will have a minimum of thirty (30) days from the delivery of notice of Developer's election to exercise Developer's option to consummate the transaction. Developer may impose an administrative charge in connection with the waiver of this right of first refusal.

The right of a Beneficiary to lease or rent the Use Period(s) related to the Beneficiary's Interest (or enter into any other agreement relating to use of the Trust Property if not designated as a "lease") for periods of less than three (3) years shall not be subject to the approval of the Association; however, notice of such lease or rental of any Use Period must be delivered to the Association within five (5) days after the Beneficiary's agreement to lease or rent. Any leasing or rental agreements must set forth or will be deemed to have set forth an acknowledgment and consent on the part of the lessee-sublessee-tenant to

28

494846-8
(10.14.11)

use, occupy, and possess such Use Period and the Trust Property in conformance and compliance with the provisions of the Trust Agreement and the other Trust Plan Documents. In the event a Beneficiary fails to secure a written leasing or rental agreement, the Association shall have the right to require the lessee-sublessee-tenant to execute an acknowledgment to use and occupy the rental or leased Use Period and the Trust Property in conformance with the Trust Agreement and the other Trust Plan Documents.

**The expectation of deriving any profit or gain should not be a consideration in the decision to purchase an Interest in the Trust.**

**Generally, a Beneficiary should expect substantial competition from Developer and no established resale market in the event a Beneficiary desires to resell an Interest.**

Interests are offered for sale for personal use and enjoyment only, and the expectation of achieving capital appreciation or any other financial return or valuable benefit, including, but not limited to, any tax benefit, should not be a consideration in the decision to purchase.

The Trust anticipates that a portion of the Trust may be treated as a partnership for federal income tax purposes and will, therefore, file annually a federal income tax return as a partnership to the extent the Trust deems it required. Consequently, the Trust's items of income, gain, loss, deduction and credit would flow through to, and be reflected on, each Beneficiary's individual tax return. To assist the Beneficiary in properly reflecting these items, if any, the Trust will send to the Beneficiary each year a summary of such Beneficiary's share of such items, if any, in the form of a Schedule K-1. Generally, distributions made to a Beneficiary (other than liquidating distributions) will not affect a Beneficiary's distributive share of flow through income or loss from the Trust. The Beneficiaries acknowledge and agree that the Board will have the sole discretion and authority to make or revoke any tax elections on behalf of the Trust.

For income tax purposes only, the transfer of an Interest by the Developer to a Beneficiary will be characterized by the Developer and the Trust as the transfer by the Developer to such Beneficiary of: (1) the rights to use (in accordance with the Trust Plan Documents) all Trust Property held or to be held in the Trust for which a Notice of Use Rights has been or is delivered; and (2) an economic interest in the Trust ("**Economic Rights**"). The Economic Rights consist primarily of the right to receive cash distributions from the Trust in the unlikely event that any Trust Property (other than Restricted Use Property) held by the Trust is sold and the sales proceeds are not fully reinvested in other Trust Property for which a Notice of Use Rights has been or is delivered, as more particularly provided in the Trust Plan Documents. The purchase price paid by the Beneficiary to the Developer will be allocated between the use rights and the Economic Rights in such proportions as determined by the Developer. This allocation of purchase price will be used to determine the Beneficiary's initial tax basis in her or his use rights and the Beneficiary's initial tax basis in her or his Economic Rights.

By accepting a deed to a Beneficial Interest, the Beneficiaries are acknowledging and agreeing that the Board will have the sole discretion and authority to make or revoke any tax elections on behalf of the Trust, and that for U.S. federal and state income tax purposes the Beneficiaries will not take any position with respect to the classification of the Trust or the treatment of the transfer of an Interest by the Developer to a Beneficiary that is inconsistent with the positions that have been communicated to them by the Board.

The foregoing statements in this discussion are based upon current provisions of the Internal Revenue Code of 1986, as amended from time to time, existing and currently proposed Treasury Regulations, and existing administrative rulings and judicial decisions, all of which are subject to change,

494846-8
(10.14.11)

and such statements are only a general summary of certain federal income tax considerations that may be relevant to a prospective Beneficiary. The effect of existing federal income tax laws and the income tax laws of any applicable state or local taxing authority will vary with the particular circumstances of each Beneficiary.

**With respect to federal, state, and local tax consequences of acquiring an Interest as they may relate to an individual Beneficiary, each Beneficiary should consult with and rely on her or his own professional tax advisor. In no event should the Trust, the Developer, or any of their respective affiliates, counsel, or any other professional advisors or counsel engaged by any of them, be considered as providing legal or tax advice or opinions or as guarantors of the tax consequences of ownership of any Interest acquired from the Developer. Beneficiaries should look to, and solely rely on, their own professional tax advisors with respect to the tax consequences of ownership of any Interest acquired from the Developer.**

12. **Basis for Purchase of an Interest in a Multisite Timeshare Plan.**

**The purchase of an interest in a vacation club should be based upon its value as a vacation experience or for spending leisure time, and not considered for purposes of acquiring an appreciating investment or with an expectation that the interest may be rented or resold.**

13. **Exchange Program.** The descriptions of Program Manager and the Exchange Program offered by Program Manager is found in section 4.f. of this Multisite Public Offering Statement text.

14. **Description of Each Component Site.** The descriptions of the Components of the Trust Plan are set forth in tabular form attached as exhibits to this Multisite Public Offering Statement.

15. **Unusual or Material Circumstances.** Developer has access to a revolving credit facility (the "Credit Facility") for the purposes of supplementing its operating capital. The Credit Facility is secured by a mortgage that encumbers Developer's unsold timeshare inventory, the lien of which against any unsold timeshare interest is released prior to the closing of the sale of such timeshare interest. Title to all timeshare interests is conveyed free and clear of the mortgage that secures the Credit Facility.

494846-8
(10.14.11)

36