UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY LENNEN and BETH
LENNEN,

     Plaintiffs,

v.                                      Case No:   6:16-cv-855-Orl-41TBS

MARRIOTT OWNERSHIP RESORTS,
INC., MARRIOTT RESORTS TRAVEL
COMPANY, INC., MARRIOTT RESORTS
TITLE COMPANY, INC., MVC TRUST
OWNERS ASSOCIATION, INC., FIRST
AMERICAN FINANCIAL
CORPORATION, FIRST AMERICAN
TRUST, FSB, FIRST AMERICAN TITLE
INSURANCE COMPANY, ORANGE
COUNTY FLORIDA and MARRIOTT
RESORTS HOSPITALITY
CORPORATION,

     Defendants.

## ORDER

This case comes before the Court on Plaintiffs' and Defendants' Joint, Unopposed

Motion Regarding Plaintiffs' Motion for Partial Summary Judgment (Doc. 140). All parties

who have appeared with regard to the Amended Complaint agree that Plaintiffs' motion

for partial summary judgment (Doc. 127), should be held in abeyance until a class is

certified (Doc. 140 at 1).

If the relief sought is granted Plaintiffs' motion for partial summary judgment will

remain pending on the docket for an indeterminate length of time. This may not matter to

the parties but, it is preferable to the Court to terminate the motion without prejudice. This

should accomplish the parties' goal, while preventing the docket entry from unduly aging.

Accordingly, the parties' joint motion is **GRANTED in part**. Plaintiffs' motion for partial summary judgment, docket entry 127, is **TERMINATED without prejudice** to any party.

Because the parties could not reasonably anticipate this ruling, if they feel the Court has misapprehended the situation and they will be prejudiced by this Order, they are welcome to file a motion for reconsideration.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record