# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ANTHONY LENNEN, *et al.*,

    Plaintiffs,

v.

MARRIOTT OWNERSHIP RESORTS, INC., *et al.*,

    Defendants.

CASE NO.: 6:16-cv-00855-CEM-EJK

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Anthony Lennen and Beth Lennen hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the:

(1) Order Granting the Defendants' Marriott's Motion for Judgment on the Pleadings entered by this Court on August 16, 2019 (Dkt. 257);

(2) Order Granting Orange County's Amended Motion for Summary Judgment entered by this Court on August 16, 2019 (Dkt. 258); and

(3) Order Granting, in part, Marriott Defendants' Motion to Dismiss, Order Granting MVC Trust Owners Association, Inc.'s Motion to Dismiss, and Order Granting First American Defendants' Motion to Dismiss entered by this Court on March 31, 2019 (Dkt. 221), as it pertains to Amended Complaint Counts II, III, V, VI, VII, VIII, IX, XII, and Florida RICO Counts I and II.

Dated: August 20, 2019

                                                    Respectfully submitted,

**NEWMAN FERRARA LLP**

   *s/ Jeffrey M. Norton*
Jeffrey M. Norton, *pro hac vice*
1250 Broadway, 27th Fl.
New York, NY 10001
(212) 619-5400
jnorton@nfllp.com

**MORGAN & MORGAN**
Keith Mitnik
201 N. Orange Ave. Suite 1600
Orlando, FL 32801
(407) 849-2383
kmitnik@forthepeople.com
    -and-
**MORGAN & MORGAN**
John A. Yanchunis
201 N. Franklin St., 7th Floor
Tampa, FL 33602 T
(813) 223-5505
jyanchunis@forthepeople.com

**THE POLASZEK LAW FIRM, PLLC**
Christopher S. Polaszek
3407 W. Kennedy Blvd.
Tampa, FL 33609
(813) 574-7678
chris@polaszeklaw.com

Soomi Kim, Esq.
1020 Surrett Drive
High Point, NC 27260
(336) 471-8769
soomiwork@gmail.com

*Counsel for Plaintiffs-Appellants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    *s/ Christopher S. Polaszek*